IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION



UNITED STATES OF AMERICA

v.

MICHAEL LLOYD BARRETT

NO. 5:23-CR-109-H
**(Supersedes indictment filed 11/8/23)**

## SECOND SUPERSEDING INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Conspiracy to Straw Purchase Firearms
(Violation of 18 U.S.C. §§ 932(b)(1) and 932(c)(1))

From on or about September 23, 2023, to on or about October 2, 2023, in the

Lubbock Division of the Northern District of Texas, and elsewhere, **Michael Lloyd**

**Barrett**, defendant, did knowingly and intentionally conspire and agree with others

known and unknown to the grand jury to commit an offense against the United States,

that is, the Straw Purchasing of Firearms, in violation of Title 18, United States Code,

Section 932(b), that is, the purchase of the below firearms:

| No. | Make | Model | Caliber and Description | Serial Number |
|-----|------|-------|-------------------------|---------------|
| 1 | Palmetto State Armory | PA-15 | multicaliber lower receiver | SCB728325 |
| 2 | Palmetto State Armory | PA-15 | multicaliber lower receiver | SCB187738 |
| 3 | Palmetto State Armory | M4 Carbine | 5.56mm lower receiver | W1919313 |
| 4 | Palmetto State Armory | M4 Carbine | 5.56mm lower receiver | W1919296 |

in and otherwise affecting interstate and foreign commerce, for, on behalf of, at the

request of, and at the demand of **Michael Lloyd Barrett**, knowing and having reasonable

**Michael Lloyd Barrett**
**Second Superseding Indictment - Page 1**

cause to believe that **Michael Lloyd Barrett** meets the criteria of one and more paragraphs of 18 U.S.C. § 922(d), in that **Michael Lloyd Barrett** is, and was at the time of the sale, a person who has been convicted in a court of a crime punishable by a term of imprisonment exceeding one year.

Overt Acts

In furtherance of this conspiracy and to effect the objects thereof, the conspirators committed, among others, the following overt acts in the Northern District of Texas and elsewhere.

The remaining counts of this indictment are hereby incorporated as overt acts of this conspiracy and of this count one.

In violation of Title 18, United States Code, Sections 932(b)(1) and 932(c)(1).

Count Two
Aiding and Abetting False Material Statement During the Purchase of Firearms
(Violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2)

From on or about September 23, 2023, to on or about October 2, 2023, in the

Lubbock Division of the Northern District of Texas, and elsewhere, **Michael Lloyd**

**Barrett**, defendant, aided and abetted a person known to the grand jury, in connection

with the acquisition and attempted acquisition of firearms, that is:

| No. | Make | Model | Caliber and Description | Serial Number |
|-----|------|-------|------------------------|---------------|
| 1 | Palmetto State Armory | PA-15 | multicaliber lower receiver | SCB728325 |
| 2 | Palmetto State Armory | PA-15 | multicaliber lower receiver | SCB187738 |
| 3 | Palmetto State Armory | M4 Carbine | 5.56mm lower receiver | W1919313 |
| 4 | Palmetto State Armory | M4 Carbine | 5.56mm lower receiver | W1919296 |

from SharpShooters, 5220 Marsha Sharp Freeway, Lubbock, Texas, a licensed dealer of

firearms within the meaning of Chapter 44, Title 18, United States Code, in knowingly

making a false and fictitious written statement to SharpShooters, which statement was

intended and likely to deceive SharpShooters, as to a fact material to the lawfulness of

such sale and acquisition of said firearm under chapter 44 of Title 18, in that a person

known to the grand jury executed a Department of Justice, Bureau of Alcohol, Tobacco,

Firearms, and Explosives Form 4473 Firearms Transaction Record to the effect that the

person was the actual transferee and buyer of the firearm, when **Michael Lloyd Barrett**

was the actual transferee and buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**Michael Lloyd Barrett**
**Second Superseding Indictment - Page 3**

Count Three
Aiding and Abetting False Statement During the Purchase of Firearms
(Violation of 18 U.S.C. §§ 924(a)(1)(A) and 2)

From on or about September 23, 2023, to on or about October 2, 2023, in the

Lubbock Division of the Northern District of Texas, and elsewhere, **Michael Lloyd**

**Barrett**, defendant, aided and abetted a person known to the grand jury, to knowingly

make a false statement and representation to SharpShooters, 5220 Marsha Sharp

Freeway, Lubbock, Texas, a licensed dealer of firearms within the meaning of Chapter

44, Title 18, United States Code, with respect to information required by the provisions

of Chapter 44 of Title 18, United States Code, to be kept in the records of SharpShooters,

in that a person known to the grand jury executed a Department of Justice, Bureau of

Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record to

the effect that that the person was the actual transferee and buyer of the firearms, when

**Michael Lloyd Barrett** was the actual transferee and buyer of the firearms.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

<u>Count Four</u>
Convicted Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8))

On or about July 18, 2023, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Michael Lloyd Barrett**, defendant, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, to wit: a tan 80 Percent Arms lower handgun frame with a black slide and a factory Glock handgun barrel bearing serial number BYWH412.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8).

**Michael Lloyd Barrett**
**Second Superseding Indictment - Page 5**

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of any of the offenses alleged in this indictment, and pursuant to

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Michael Lloyd Barrett** shall

forfeit to the United States of America any firearm and ammunition involved in or used

in the knowing commission of the offense, including, but not limited to, the following:

| No. | Make | Model | Caliber and Description | Serial Number |
|-----|------|-------|------------------------|---------------|
| 1 | Palmetto State Armory | PA-15 | multicaliber lower receiver | SCB728325 |
| 2 | Palmetto State Armory | PA-15 | multicaliber lower receiver | SCB187738 |
| 3 | Palmetto State Armory | M4 Carbine | 5.56mm lower receiver | W1919313 |
| 4 | Palmetto State Armory | M4 Carbine | 5.56mm lower receiver | W1919296 |

And a tan 80 Percent Arms lower handgun frame with a black slide and a factory Glock

handgun barrel bearing serial number BYWH412, including any additional ammunition,

magazines, and / or accessories recovered with the firearms.

A TRUE BILL:

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

STEPHEN J. RANCOURT
Assistant United States Attorney
Texas State Bar No. 24079181
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806-472-7398
Facsimile:    806-472-7394
E-mail:        stephen.rancourt@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL LLOYD BARRETT

SECOND SUPERSEDING INDICTMENT

| | |
|---|---|
| COUNT 1: | CONSPIRACY TO STRAW PURCHASE FIREARMS<br>Title 18, United States Code, Sections 932(b)(1), 932(c)(1). |
| COUNT 2: | AIDING AND ABETTING FALSE MATERIAL STATEMENT DURING THE PURCHASE OF FIREARMS<br>Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2. |
| COUNT 3: | AIDING AND ABETTING FALSE STATEMENT DURING THE PURCHASE OF FIREARMS<br>Title 18, United States Code, Sections 924(a)(1)(A) and 2. |
| COUNT 4: | CONVICTED FELON IN POSSESSION OF A FIREARM<br>Title 18, United States Code, Sections 922(g)(1), 924(a)(8). |

FORFEITURE NOTICE

(4 COUNTS + FORFEITURE NOTICE)

A true bill rendered:

Lubbock                                                              Foreperson

Filed in open court this 13th day of December, A.D. 2023.
DEFENDANT IN FEDERAL CUSTODY

UNITED STATES MAGISTRATE JUDGE

**Michael Lloyd Barrett**
**Second Superseding Indictment – Page 8**